IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KRISTINA FAZEKAS, | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | NO. 02-CV-3803 |
| HOUSEHOLD REALTY | : | |
| CORPORATION, | : | |
| Defendant. | : | |

### ORDER

Presently before the Court is Defendant Household Realty Corporation's Motion to Dismiss Complaint and Compel Arbitration. On August 8, 2002, Defendant filed the instant motion, and according to the Certificate of Service attached to Defendant's motion, on August 7, 2002, served Plaintiff's counsel at his address of record. To date, Plaintiff has not filed a response. According to Local Rule of Civil Procedure 7.1(c), a response must be filed within 14 days from the date of the filing of the original motion; otherwise, the motion will be treated as uncontested. Therefore, pursuant to Local Rule of Civil Procedure 7.1(c), I will grant the uncontested motion.

**AND NOW**, this __28__ day of August, 2002, upon consideration of Defendant's Motion to Dismiss Complaint and Compel Arbitration, **IT IS HEREBY ORDERED** that Defendant's motion is **GRANTED**. **IT IS FURTHER ORDERED** that Plaintiff's Complaint is **DISMISSED with prejudice** in favor of arbitration as set forth in the Arbitration Agreement entered into by the parties.

BY THE COURT:


_____
CLIFFORD SCOTT GREEN, S.J.